FILED
SCRANTON

JUL 2 5 2014

PER _____

DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBRA L. ALEXANDER, adoptive parent and Administratrix of the Estate of SCOTT ALONZO ALEXANDER, Plaintiff, | : | CIVIL ACTION NO. 3:CV-13-1758 |
| v. | : | (Judge Kosik) |
| MONROE COUNTY, et al., Defendants. | : | |

## ORDER

AND NOW, THIS _____25_____ DAY OF JULY, 2014, IT IS HEREBY ORDERED THAT:

(1) The Report and Recommendation of Magistrate Judge Thomas M. Blewitt dated December 18, 2013 (Doc. 57) is **ADOPTED in part** and **NOT ADOPTED in part**;

(2) The Defendants' Motion to Dismiss (Doc. 38) is **GRANTED in part** and **DENIED in part**, as set forth in the accompanying Memorandum;

(3) Plaintiff's requests for monetary damages, both compensatory and punitive, against Defendants, Asure and Landon, in their official capacities are **DISMISSED**;

(4) Plaintiff's request for punitive damages against Defendant Monroe County is **DISMISSED**;

(5) Plaintiff's claims under the Fifth and Fourteenth Amendment in Counts I, II, and III of the Second Amended Complaint are **DISMISSED**;

(6) Defendants' Motion to Dismiss the Eighth Amendment claims against Defendants Monroe County and Warden Asure as to Count I is **DENIED**;

(7) Defendants' Motion to Dismiss the Eighth Amendment claims against Defendant Landon in Count II is **DENIED**;

(8) Defendants' Motion to Dismiss the claims against Defendant Monroe County in Count III is **GRANTED**; and,

(9) The above-captioned action is **REMANDED** to the Magistrate Judge for further proceedings.

Edwin M. Kosik
United States District Judge