UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBRA L. ALEXANDER, adoptive parent and Administratrix of the Estate of Scott Alonzo Alexander : : : : Plaintiff, : v. : : MONROE COUNTY, et al., : : Defendants. : : | Civil Action No. 3:13-CV-01758 (Judge Kosik) |

**ORDER**

AND NOW, THIS 6th DAY OF DECEMBER, 2016, IT IS HEREBY ORDERED THAT:

(1) The Report and Recommendation (Doc. 126) of Magistrate Judge Joseph F. Saporito, Jr. is **ADOPTED, in part, and DENIED, in part**;

(2) The Report and Recommendation is **ADOPTED** as to the granting of summary judgment in favor of Defendants Monroe County, PrimeCare, Warden Donna Asure, Dr. Alex Thomas, Dr. Fnu Dedania, Dr. Deborah Wilson, and Wendy Johnson, LPN.;

(3) Judgment is hereby entered for Defendants Monroe County, PrimeCare, Warden Donna Asure, Dr. Alex Thomas, Dr. Fnu Dedania, Dr. Deborah Wilson, and Wendy Johnson, LPN.;

(4) The Report and Recommendation is **DENIED** as to the granting of summary judgment in favor of Officer James Landon;

(5) A pre-trial conference will be scheduled forthwith; and,

(6) The Clerk of Court is directed to **FORWARD** a copy of this Memorandum and Order to the Magistrate Judge.

                                                             s/Edwin M. Kosik
                                                             Edwin M. Kosik
                                                             United States District Judge